Can you please if all possible include Kurt Marlin in all letters & information in reference too my appeal.

It is really hard for me too send him the letters you send me. So if you can CC him in Ua email or hard copy I would really appreciate it.

Kurtmarlin72@gmail.com
"      "      " @outlook.com

PO Box 824
SINTON TX 78387
361) 633-7023

IN THE COURT OF APPEALS AT SAN ANTONIO, TX
2017 DEC -4 PM 2:25
KEITH E. HOTTLE, CLERK
Keith E. Hottle
FILED

If you can is there anyway too make a copy of my letter I wrote you & send it too Him as well!

Thank you very much. Im trying my best too keep fighting & keeping my head up including God & Kurt involved in my case.

Jay

Bill of Sale letter copy enclosed with signatures of witness who copied letter, since prisoners can NOT get Photo copies for Courts.

Courts of Appeal:

Thank you for your mail I rec'd on 11/20/17.

KEITH E. HOTTLE. CLERK

I'm not too sure if I should respond too the statements provided too you by Kerr County Courts. After praying about it to our Lord here I sit on my prison bunk writing a response.

1) Yes Judge Williamson denied me on my request for an appointed attorney. Several times. Each time I filed my paper work I filled them out the same exact ways I did when I was GRANTED my appointed Attorney for my MTR.

I would like too know how is it the courts can grant me an attorney for my MTR & then the Courts DENY me "appeal" attorney.

Is it because they know they are "WRONG" about my evicition, that I did not get a fair trial.

I ask the courts how can the same judge only give sex offenereds 9 months too state jail on their 3rd violation

for **Non** Reg. as an offerender. Or a person with 19 counts of felonie who was MTR receive "NB" jail time, but was reinstated on their probation.

Funny part is these cases and I have in common the same probation officer & judge.

How is it that I was NOT giving a chance too prove myself too the Courts. Could it be because they know the evidence we have would prove the unjustice I was giving. So trying to keep me in prison to No attorney to help me would silence me? Could it also be that the probation officer had revenge on me because she was corrected before on my case of her false statements. Also how about NOW her lying under Oath. (which we have solid evidence from her own supervision).

I'm totally totally confused of our court system.

Fine I've been 9 months locked away, all I'm asking for is time serveed so I am able to be reunited with my ill daughter & current husband.
(Claire) X. Marlin. former NYDEA.

also I would like to know how is it that Judge Emmerson granted me an appeal court appointed attorney P. MaGuire. Then after Mr. MaGuire filed my appeal motions. He was removed from my case? What changed?????

2) As for the $81⁵⁰ I now owe the courts. I am including the bill of Dale letter I rec'd It does NOT state any information that it needs to be paid or payment arrangements need too be made before they can send CCA the copies Requested.
I don't understand how I am not approved as an indigent prisoner. Since live been locked up since March and have 0 income. What entitles a person too be indigent?

Please I'm asking the Courts of appeal too help me since I have no other source.

I have written Mr. MaGuire for help even though he was removed from my case. I truly feel like Kerr County is hurting me by Not allowing me to have an appointed attorney.

I am putting my faith in GOD that the corruption of unjustice will be revealed through out Kerr County. I pray knowing that the COA is a higher court that I can find justice here.

Could all of this unfairness be because a Complaint was done on my behalf too State Commission office? Understand I'm sorry for everything. I'm just trying too have my time reduced as time served so I can be with my daughter & K.Marlin. Plus I need to get back on track of paying off my restitution before I get another unfair trial in Kerr County.

Thank you & Respectfully yours.

Tracy Marlin, Pastor

grier tracy 02142763 woodman unit

Robbin Burlew
District Clerk, Kerr County, Texas
700 main Street, Kerr Co. Courthouse · Kerrville,
(830) 792-2281               Texas 78028

## Bill of Costs

TO: Tracy Diane Martin

Cause No. B12462
The State of Texas vs. Tracy Grier

Cost of Clerk's Record to Court Appeals

$ 81.00

Issued on this the 30th day of August, 2017
Robbin Burlew, District Clerk
Kerr County, Texas
By: _____ Deputy

I Courtney Boyd Copied this letter word
for word.
                Courtney Boyd

Witness: Carolyn M. Smith

2017 DEC -4 PM 2:25
IN THE COUNT 1 OF A....
AT SAN ANTONIO, TE X...
FILED
KEITH E. HOTTLE, CLERK

Gner Tracy
82142463
Woodman Unit
1210 Coryell City Rd
Gatesville TX 76528

AUSTIN TX 787
RIO GRANDE DISTRICT
30 NOV 2017 PM 2 L

IN THE COURT OF APPEALS
AT SAN ANTONIO TEXAS

2017 DEC -4 PM 2:25

KEITH HOTTLE

Court of Appeals
Fourth Court of Appeals Dist
Cadena-Reeves Justice Center
300 Dolorosa Suite 3200
San Antonio TX 78205-3037

Legal Mail

78205-303799

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION

Legal Mail